NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5018

CHRISTOPHER N. ROMINGER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 05-CV-742, Judge Nancy B. Firestone.

ON MOTION

### O R D E R

Christopher N. Rominger moves for a 30-day extension of time, until January 27, 2010, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JAN 1 1 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: James A. Endicott, Jr., Esq.
Leslie Cayer Ohta, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2010

JAN HORBALY
CLERK